**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE**

In Re:                                            )
    STEVEN WEBB                       )
        AND                              )   Case No. 18-40395
    LORI ANN WEBB                    )
        Debtors                          )
                                         )

**MODIFICATION OF PLAN**

Come now the Debtors, by counsel, and modify their plan as follows:

**Plan payments beginning in December 2018 shall increase to $1,660.00.**

**The collateral for the secured claim of Hickory Point Bank & Trust shall be valued at $10,075.00.**

All other terms of the plan remain unchanged.

                                      Respectfully Submitted,

                                      /s/ Juan A. Perez Jr.
                                      Juan A. Perez Jr.  #27290-64
                                      PEREZ & PEREZ
                                      P.O. Box 943
                                      Indianapolis, IN  46206
                                      Phone: (317) 634-5968
                                      Fax: (317) 634-5966
                                      JP@PerezLawIndiana.com