UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN RE:                                               )
                                                     )
Steven Curtis Webb,                                  )         Case No.   18-40395
Lori Ann Webb                                        )
                              Debtor(s)              )

## POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

Comes now the Trustee, pursuant to §1329 (a)(1), and modifies the Chapter 13 Plan, which was confirmed on November 16, 2018, as follows:

1. Debtors' income was projected at $63,600. Debtors recently delivered prior year tax returns to Trustee. 2018 – 2020 tax returns revealed income of $70,000, $85,000 and $82,000.

2. Debtors failed to provide the complete tax return so Trustee is unable to determine if any of the business expenses were included in expenses on Schedule J.

3. Notwithstanding material increase in income occurred and not timely reported to Trustee which exceeded $47,000 over three (3) years. Trustee to recoup such past unreported increase plus projected future income at $81,000 and requires Debtors' payments increase.

4. Commencing October, 2021 until plan term ends, Debtors' monthly payment shall increase to $2,300 per month.

                                        /s/ David A. Rosenthal
                                        David A. Rosenthal, Chapter 13 Trustee
                                        P.O. Box 505
                                        Lafayette, IN 47902
                                        (765) 742-8248

## **CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and accurate copy of the foregoing has been forwarded to the following, via ECF Noticing System or United States mail, first class, postage prepaid, on the 20th day of September, 2021:

U.S. Trustee, One Michiana Sq., Rm. 555, 100 E. Wayne St., South Bend, IN 46601
Juan A. Perez Jr., Perez & Perez, PO Box 943, Indianapolis, IN  46206

<u>/s/ David A. Rosenthal</u>
David A. Rosenthal, Chapter 13 Trustee